ACCEPTED
03-15-00112-CR
6229736
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/27/2015 10:53:54 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00112-CR

| | | |
|---|---|---|
| **MATTHEW JARRETT LEE** | § | **IN THE THIRD** FILED IN |
| | | 3rd COURT OF APPEALS |
| | | AUSTIN, TEXAS |
| **v.** | § | **DISTRICT COURT OF**7/27/2015 10:53:54 AM |
| | | JEFFREY D. KYLE |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS**Clerk |

### STATE'S SECOND MOTION TO EXTEND TIME TO FILE BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 42 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was charged by complaint and information with Possession of Marijuana < 2 Ounces, a class B misdemeanor. He was found guilty by a jury and sentenced to 90 days in Comal County Jail, suspended for 12 months. He was also assessed a $1,000 fine which was probated for $750, along with court fees and costs. Appellant filed a motion for extension of time to file his notice of appeal which the Court granted. Appellant subsequently filed his brief on May 26, 2015, and the State's brief is currently due on July 27, 2015.

## II.

I anticipate that I will handle the brief for the State in this case. I filed the State's brief in 03-14-00639-CR on July 13, 2015. I have reviewed - and, when required, filed an answer to – expunctions and nondisclosures; within the past two weeks, I have also prepared an expunction petition and order and performed other research related to expunctions. I have recently assisted other attorneys in the office with issues in their appeals, including a trial court hearing on a dispute related to a reporter's record in 03-14-00570-CR and findings of fact and conclusions of law in a remanded State's appeal in 03-15-00153-CR. Additionally, I have assisted other attorneys in the office – and in one instance, an attorney from another county's office – by researching various issues that have arisen in their trials. I am currently attempting to finish the State's brief in 03-14-00818-CR. Upon completing that brief, I must finish the State's brief in 03-15-00079-CR. I have not yet been able to perform a significant amount of work on a response in the instant case, and respectfully request an extension of 42 days to file the State's brief. This is the second extension sought by Appellee.

## III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 42 days, until September 7, 2015, so that an

adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Second Motion to Extend Time to File Brief* has been delivered to Appellant MATTHEW JARRETT LEE's attorney in this matter:

Frank B. Suhr
fsuhr@newbraunfelslaw.com
THE LAW OFFICES OF FRANK B. SUHR
State Bar No. 19466300
473 S. Seguin Ave., Suite 100
New Braunfels, TX 78130
*Counsel for Appellant on Appeal*

By electronically sending it to the above-listed email address, this 27th day of July, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**
